UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ELMER WEBB, SR.,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )     No. 4:09CV00146 ERW
                                        )
TRINITY FULL GOSPEL MINISTRIES,         )
                                        )
            Defendant.                  )

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**


      **IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without

prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

      **IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken

in good faith. *See* 28 U.S.C. § 1915(a)(3).

      So Ordered this 11th Day of February, 2009.


                                    _____
                                    E. RICHARD WEBBER
                                    UNITED STATES DISTRICT JUDGE